**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **LEETRAVIS GRIFFIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 3:24-cv-00066-PPS-JEM** |
| | ) | |
| **RON NEAL, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Dawn Buss, Darnell Crockett, Kevin Cross, Dennis Koen, Warden Neal, Jacqueline Mayes, Nadine Smith-Robinson, Jeniene Walton, Douglas Wardlow, Deborah Taylor, Gordon Becher, and Christina Reagle ("State Defendants"), by counsel, Gustavo A. Jimenez, Deputy Attorney General, and pursuant to Federal Rule of Civil Procedure 56, respectfully move the Court to enter judgment in their favor on all claims.

Following a January 14, 2023 fire at the Indiana State Prison, Plaintiff LeeTravis Griffin, an inmate proceeding *pro se*, filed an amended complaint on April 12, 2024, against State Defendants. [*See* ECF 8]. The Court screened Plaintiff's amended complaint and allowed him to proceed with Eighth Amendment deliberate indifference claims against State Defendants. [ECF 11 at 11-12]. Specifically, Plaintiff was permitted to proceed with Eighth Amendment claims against Defendants Cross, Smith, Crockett, Walton, Koen, and Mayes (hereinafter "Custody Defendants") for allegedly "denying him medical care for injuries he suffered" from the January 14, 2023 fire. [*Id*. at 11-12]. Additionally, Plaintiff was permitted to proceed with Eighth Amendment claims against Defendants Neal, Reagle, Buss, Wardlow, Taylor, and Beecher (hereinafter "High-Ranking

Official Defendants") for allegedly being deliberately indifferent to the risk of harm posed by the January 14, 2023 fire. [ECF 11 at 12]; [ECF 22].

The record and undisputed evidence show that State Defendants are entitled to summary judgment as a matter of law on Plaintiff's Eighth Amendment claims. First, the Custody Defendants are entitled to summary judgment because Plaintiff cannot establish that the Plaintiff experienced any objectively serious medical need or that any of these defendants were deliberately indifferent to a serious medical need. Even if Plaintiff could establish the deliberate indifference standard required for his Eighth Amendment claims—which he cannot—Custody Defendants are still entitled to summary judgment due to qualified immunity. Further, Plaintiff Eighth Amendment claims against the High-Ranking Official Defendants fail as he cannot show that any defendant had actual knowledge of an impending, easily preventable harm prior to the January 14, 2023 fire. The High-Ranking Official Defendants are also entitled to qualified immunity on the Eighth Amendment claim against them. Therefore, State Defendants are entitled to summary judgment as a matter of law on Plaintiff's Eighth Amendment claims.

In support of their Motion for Summary Judgment, State Defendants simultaneously file and incorporate their *Memorandum in Support of Defendants' Motion for Summary Judgment*, their *Statement of Material Facts*, and their *Designation of Evidence in Support of Their Motion for Summary Judgment* with accompanying exhibits. As there is no genuine dispute of material fact and State Defendants are entitled to judgment as a matter of law, the Court should enter summary judgment in favor of State Defendants on all claims against them. Fed. R. Civ. P. 56.

WHEREFORE, Defendants Dawn Buss, Darnell Crockett, Kevin Cross, Dennis Koen, Warden Neal, Jacqueline Mayes, Nadine Smith-Robinson, Jeniene Walton, Douglas Wardlow, Deborah Taylor, Gordon Becher, and Christina Reagle, by counsel, respectfully request the Court

grant their motion for summary judgment, enter judgment in favor of State Defendants on Plaintiff's Eighth Amendment claims against them, and grant all other relief deemed just and proper by the Court.

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney No. 18857-49

Date: November 7, 2025

By: */s/ Gustavo A. Jimenez*

Gustavo A. Jimenez
Deputy Attorney General
Attorney No. 35866-53
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-2623
Facsimile: (317) 232-7979
E-mail: Gustavo.Jimenez@atg.in.gov

**Certificate of Service**

I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on November 10, 2025, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

LeeTravis Griffin
DOC #233943
Indiana State Prison
1 Park Row
Michigan City, IN 46360

*/s/ Gustavo A. Jimenez*
Gustavo A. Jimenez
Deputy Attorney General