UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.,*<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**STATE DEFENDANTS' DESIGNATION OF EVIDENCE**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants, Dawn Buss, Darnell Crockett, Kevin Cross, Dennis Koen, Warden Neal, Jacqueline Mayes, Nadine Smith-Robinson, Jeniene Walton, Douglas Wardlow, Deborah Taylor, Gordon Becher, and Christina Reagle ("State Defendants"), by counsel, Deputy Attorney General, Gustavo A. Jimenez, respectfully submit and incorporate this Designation of Evidence in support of their Motion for Summary Judgement (ECF 131).

| Exhibit | Docket Number | Description |
|---|---|---|
| A | ECF 132-1 | Full Deposition Transcript of Plaintiff |
| B | ECF 132-2 | Declaration of Dawn Buss |
| C | ECF 132-3 | Declaration of Kevin Cross |
| D | ECF 132-4 | Declaration of Nadine Smith-Robinson (with accompany incident report, ECF 113-1 at 75) |
| E | ECF 132-5 | Declaration of Dennis Koen |
| F | ECF 132-6 | Declaration of Jacqueline Mayes |
| G | ECF 132-7 | Declaration of Warden Ron Neal with accompanying Internal Investigation Report Case No. 23-ISP-0006 (ECF 113-1 at 22-25) |

| | | |
|---|---|---|
| H | ECF 132-8 | Declaration of Deborah Taylor with accompanying Exhibit 1-A (Fire Drill Evacuation forms) |
| I | ECF 132-9 | Declaration of Gordon Becher |
| J | ECF 132-10 | Declaration of Douglas Wardlow |
| K | ECF 132-11 | Declaration of Darnell Crockett |
| L | ECF 132-12 | Screenshots (5) of A Cell House on January 14, 2023 |

State Defendants may also rely on any of the discovery filed on the docket, including but not limited to the following:

| **Exhibit** | **Docket Number** | **Description** |
|---|---|---|
| | ECF 78 | Defendant Ron Neal's Interrogatory Responses |
| | ECF 79 | Defendant Christina Reagle's Interrogatory Responses |
| | ECF 106 | Defendant Walton's Interrogatory Responses |
| | ECF 113-1 at 22-25 | Report of Investigation Case No. 23-ISP-0006 |
| | ECF 113-1 at 78-79 | Incident Report by Lt. Koen |
| | ECF 113-2 at 17-18, 65-66, 288-289 and ECF 113-3 at 36-37 | Additional Fire Drill Evacuation forms for A Cell House |

WHEREFORE, State Defendants, Dawn Buss, Darnell Crockett, Kevin Cross, Dennis Koen, Warden Neal, Jacqueline Mayes, Nadine Smith-Robinson, Jeniene Walton, Douglas Wardlow, Deborah Taylor, Gordon Becher, and Christina Reagle, by counsel, submit their Designation of Evidence in Support of their Motion for Summary Judgment.

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney No. 18857-49

Date: November 7, 2025 By: */s/ Gustavo A. Jimenez*

Gustavo A. Jimenez
Deputy Attorney General
Attorney No. 35866-53
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-2623
Fax: (317) 232-7979
E-Mail: Gustavo.Jimenez@atg.in.gov
*Attorney for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing Defendants' Designation of Evidence with the Clerk of the Court using the CM/ECF system. I further certify that on November 10, 2025, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

LeeTravis Griffin
DOC # 233943
Indiana State Prison
Inmate/Mail Parcels
1 Park Row
Michigan City, IN 46360
*Pro Se*

*/s/ Gustavo A. Jimenez*
Gustavo A. Jimenez