UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF DEPUTY WARDEN DAWN BUSS**

I, Dawn Buss, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") as a Deputy Warden at the Indiana State Prison ("ISP"), located in Michigan City, Indiana.

2. I was promoted to Deputy Warden at ISP in 2019 and continue to be in this role.

3. I was not working on January 14, 2023 when the fire occurred nor was I called into the facility that day.

4. All the cell houses at ISP have smoke alarm systems and fire extinguishers.

5. At the time of the January 14, 2023 fire, I was not aware of any issues with the electrical outlets sparking or posing any fire concerns to the inmate population. To date, I am not aware of there being issues with the outlets sparking on their own and creating a fire risk.

6. At the time of the January 14, 2023 fire, I was also not aware of any structural issues in A Cell House that would have created a risk of fires starting. To date, I am unaware of any conditions or issues in A Cell House at ISP that create a fire risk.

7. As the Deputy Warden, I run the monthly dorm rep meetings at ISP.



EXHIBIT B

8. I reviewed copies of some of the minutes from the dorm rep meetings that occurred for two years prior to the January 14, 2023 fire. The minutes I reviewed did not show that issues related to fire safety were raised or discussed.

9. To the best of my recollection, no fire issues or concerns have been raised at the dorm rep meetings.

I HEREBY AFFIRM UNDER THE PENALITIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE.

Dated: 11-6-2025

DAWN BUSS



EXHIBIT B