UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| LEETRAVIS GRIFFIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:24-cv-00066-PPS-JEM |
| RON NEAL, *et al.*, | ) | |
| Defendants. | ) | |

## DECLARATION OF KEVIN CROSS

I, Kevin Cross, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am currently employed by the Indiana Department of Correction ("IDOC") as a correctional sergeant at Indiana State Prison ("ISP").
2. I have worked for the IDOC since approximately October 21, 2019.
3. I have worked at ISP the entire time that I've worked for the IDOC.
4. On January 14, 2023, I was employed as a correctional officer at ISP.
5. When I started working with IDOC, I took part in training programs where I learned about fire prevention and safety.
6. I know the difference between water and ABC fire extinguishers.
7. I know that water fire extinguishers are supposed to be used for small fires, such as paper fires, and that ABC fire extinguishers are supposed to be used for larger fires, such as electrical fires.



EXHIBIT C

8. In my experience at ISP up until January 14, 2023, I had only ever seen fires put out with a water extinguisher.

9. I am not aware of the electrical outlets in A Cell House (ACH) being a fire hazard.

10. I have participated in several fire drills within ACH.

11. I know that there is a smoke/fire alarm located near the roof of ACH.

12. I was working the day shift on January 14, 2023, from 6 a.m. to 6 p.m. working in ACH

13. In A Cell House, one of my duties is to conduct security checks every 30 minutes.

14. On January 14, 2023, I was responsible for walking the 4 and 5 ranges in A Cell House.

15. I know that in ACH, there are three counts each day, at 10 a.m., 2:00 p.m., and 5:30 p.m.

16. After the count is conducted, all officers on the range turn in their count sheets to the Sergeant, and they must wait for their count to clear before returning to the range.

17. On January 14, 2023, I finished the 10 a.m. count within 15 or 20 minutes and brought it down to Sgt. Walton.

18. After that, I waited in the officers' station for all counts to clear before returning to the range to start setting up for our 11:00 line movement and conducting the security check.

19. While waiting on my count to clear, I heard the fire alarm, saw smoke coming from the 200 range, and ran from the officers' station.

20. At this time, I became aware of other prisoners shouting and screaming.

21. As I was leaving the officers' station, I grabbed the first fire extinguisher I saw, hooked on the side of the officers' station.

22. Because of the urgency to reach the 200 range, I was not aware of which type of fire extinguisher I grabbed at the time.

23. Officer Crockett and I approached the 200 range at the same time.

24. I was not aware of what type of fire was occurring on the 200 range.

25. I was not aware of the size of the fire until I reached the 200 range.

26. I was not aware of the precise location of the fire until I got very close to Michael Smith's cell, which is where the fire was.

27. At this point, the flames shooting from the cell were so intense that I could not get close enough to manually unlock the cell.

28. I approached Michael Smith's cell with the water fire extinguisher.

29. Upon realizing that the water extinguisher was not adequate for putting out this fire, I went back downstairs to obtain the ABC fire extinguisher.

30. The ABC fire extinguisher was passed to me at the front of the stairs by Lieutenant Smith.

31. Then, at approximately 10:59 a.m., I ran back up and gave the ABC fire extinguisher to Officer Crockett, who was standing in front of me.

32. Once the first responders arrived, I began opening the cell doors of other offenders to get them into a controlled setting.

33. The other offenders were led outside to the recreation area.

34. The inmates were then brought back into the cellhouse once the smoke cleared and it was determined to be safe to do so.

35. I do not recall any inmates asking me to see medical staff during or immediately after the evacuation.

I HEREBY AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE.

Dated: 11·6·2025

[signature]

KEVIN CROSS