UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF NADINE SMITH-ROBINSON**

I, Nadine Smith-Robinson, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") as a Correctional Lieutenant at the Indiana State Prison ("ISP").
2. I was hired by the IDOC in July 2018 as a Correctional Officer at ISP. I have been employed by IDOC for approximately seven years.
3. In January 2020, I transferred to Miami Correctional Facility and was promoted to Correctional Sergeant. During my time at Miami Correctional Facility, I was also promoted to Correctional Lieutenant.
4. In December 2021, I transferred back to ISP as a Correctional Sergeant. I was promoted to my current role of Correctional Lieutenant at ISP in March 2022.
5. As a Correctional Lieutenant, I am responsible for the management, supervision, and safety of the facility, offenders, correctional officers, and correctional sergeants.
6. In my current role, I supervise and manage the day-to-day operations of housing units.
7. I am aware that offender LeeTravis Griffin (DOC# 233943) filed a lawsuit against me regarding the fire that occurred at ISP on January 14, 2023.



EXHIBIT D

8. On January 14, 2023, I was on shift as a Correctional Lieutenant and was assigned to A Cell House and E Cell House at ISP.

9. I was in A Cell House on the morning of January 14, 2023 and assisted with securing the unit for the 10:00 a.m. count.

10. At some point while we were clearing count, the fire alarm went off.

11. When the fire alarm went off, I was in the officer's station in A Cell House. After hearing the alarm, I exited the officer's station to investigate the location of the fire.

12. Then, I grabbed a fire extinguisher and went to assist with controlling the fire. Initially, I went to the 100 range but then moved to the 200 range.

13. Once other staff arrived, I handed off my fire extinguisher and went to the officer's station to call the shift supervisor, Captain McCann.

14. Captain McCann gave permission to evacuate A Cell House. Specifically, I was informed to evacuate all of the offenders in A Cell House to the Fieldhouse, which is also known as the recreation yard. Captain McCann also informed me to keep the offenders out of A Cell House until it was cleared and that medical staff would evaluate offenders while they waited at the recreation yard.

15. After receiving permission to evacuate, I assisted with unlocking cells and performed a sweep of each range, making sure that all offenders had left the cell house.

16. After evacuating A Cell House, I stood on the main road of the yard and directed traffic, making sure that all offenders were going to the recreation yard. The offenders waited in the recreation yard before they were allowed to return to their cells.

17. Once A Cell House was cleared, I assisted with directing offenders back to their cells. Then, other custody staff and I performed count of the offenders in A Cell House and conducted rounds.

18. During these rounds, I spoke with offenders and informed medical staff if any of them requested assistance.
19. At some point after the unit was secured again, I left A Cell House to complete paperwork over fire.
20. I authored an incident report for the January 14, 2023 fire. A true and accurate copy of this incident report is attached.
21. I am aware that Mr. Griffin alleges that I denied him medical attention on January 14, 2023 following the fire.
22. Specifically, I am aware that Mr. Griffin claims that he requested medical care after he exited A Cell House on January 14, 2023 while I directed offenders to the recreation area.
23. I do not recall hearing Mr. Griffin request medical care on January 14, 2023 as he exited A Cell House.
24. If Mr. Griffin had requested medical care, I would have directed him to the recreation yard because I knew that medical staff would be there to evaluate offenders as needed.
25. To the best of my recollection, I do not remember Mr. Griffin requesting medical attention at any point in time on January 14, 2023.

**I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated: 09-27-25

Nadine Smith-Robinson
Correctional Lieutenant

USDC IN/ND case 3:24-cv-00066-PPS-JEM document 113-1 filed 10/25/25 page 4 of 300

# Department of Correction Incident Report Form

State Form 7222212 (7212)

**DATE:** 01-14-2023 **TIME:** 10:58 ☒ **AM** ☐ **PM**

| Type of Incident- Check One: | | Name and Number of Offender/Employee Involved |
|---|---|---|
| Escape & Attempted Escape | ☐ | Lieutenant Nadine Smith |
| Injury or sickness | ☒ | Sergeant J.Walton |
| Disturbance | ☐ | Office K.Cross |
| Unauthorized Traffic | ☐ | Officer D.Crockett |
| Special Off Grounds (Hospital Run) | ☐ | Incarcerated Individual Smith, Michael DOC#953102 |
| Other | ☐ | |

## Description of Incident:

At approximately 10:58A.M. on 01/14/23, I Lieutenant Nadine Smith was sitting in the ACH Officer Station and the fire alarm in the ACH Officer Station went off and myself and staff got up to walk the ranges and we noticed there was fire coming from the 200 North Side from a cell. Officer K.Cross grabbed the water fire extinguisher, and his self and Officer D. Crockett went up to the 200 North range to put out the fire. I Lieutenant Nadine Smith grabbed the fire extinguisher and went up the 100 range to see if I could put it out the fire was to flames was going too high to safely put out the fire on the 100 North range so I went up to the 200 range and handed the fire extinguisher to Officer D. Crockett and noticed it was 252 North which houses Incarcerated Individual Smith, Michael DOC#953102 . Sergeant J. Walton called a 10-71.

## Location where incident took place:

252 North ACH

## Notification of Official(s) and time:

| | | | | |
|---|---|---|---|---|
| Supervisor or Department Head: | Captain Steven McCann | Time: | 10:58 | ☒ AM ☐ PM |
| Ass't. Supt. or Supt.: | | Time: | | ☐ AM ☐ PM |
| Other: | | Time: | | ☐ AM ☐ PM |

## *Action Taken:*

Reported incident to Captain Steven McCann staff and Medical respond.

**Incident report is to be completed and forwarded before leaving institution.**

State Form 7222212 (7212)

cc: Supt., Ass't. Supt.
Custody Supv., Dept. Head



EXHIBIT D

STATEIDOC000075