UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| LEETRAVIS GRIFFIN,<br>Plaintiff,<br>v.<br>RON NEAL, *et al.*,<br>Defendants. | ) | No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF DENNIS KOEN**

I, Dennis Koen, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") at the Indiana State Prison ("ISP"). I have been working at ISP since approximately October 31, 2014.

2. At all relevant times hereto, I was a Correctional Lieutenant at ISP.

3. I am on the Quick Response Team ("QRT") at ISP. I first received QRT training in approximately 2015-16 and still participate in monthly drills. The training and drills go over policy and procedure in responding to a situation, declaration of emergency, the weapons system, cell extractions, and more.

4. Correctional officers, sergeants, and lieutenants at ISP receive annual computer-based training on fire response, fire extinguisher safety, and the activation of the on-site firefighters.

5. In my time at ISP, I have responded to or put out approximately fifteen or more fires that were set out on the range in front of the inmates' cells or elsewhere in the facility.

EXHIBIT E

6. I was on shift on January 14, 2023 as a lieutenant in D cell house, the farthest cell house from A cell house, where the fire took place. I was also on the quick response team as a first responder.

7. On January 14, 2023, I responded to A cell house after being alerted of a fire in the cell house.

8. Upon entering A cell house, I was instructed by the staff that the fire was in 200 North Range.

9. When I went up to the range, I saw flames and black smoke coming out of Michael Smith's cell (cell 252).

10. After I went down the range, I instinctively grabbed the fire extinguisher on the floor to help contain the fire, but the extinguisher had already been expended.

11. Officer Crockett was at the cell but could not get the door open. Approximately thirty seconds after I arrived, Officer Crockett gave me the keys, and I was able to get the door open after a few attempts.

12. I attempted to pull Mr. Smith out of the cell but was unable to do so due to how bad the flames and smoke were, especially with the lack of firefighting equipment.

13. Once the ISP firefighters arrived, they began to extinguish the fire and were able to retrieve Mr. Smith's body from the cell.

14. Mr. Smith was then placed on one of the cloth-carry tarps, where he was carried down to the back stairwell and placed on a medical gurney.

15. Lieutenant McCormick and I brought Mr. Smith's body through the custody hall and into the Hoosier room in the facility.

16. After helping secure Mr. Smith's body, I returned to A cell house to assist with

offender evacuation.

17. When I arrived in the cellhouse, the evacuation had already been started.

18. I assisted in getting inmates out of the cellhouse and into recreation area. Once it was cleared to bring the offenders back inside, I assisted in securing the offenders back into the cell house.

19. I do not recall any specific conversations with offenders or the Plaintiff during the evacuation.

20. If an offender was having a medical emergency, I would have immediately directed them to the medical services unit. I am not a medical professional.

21. Offenders who requested medical attention but did not appear to be suffering from a medical emergency would have been secured back into their cells before staff began performing triage as the medical treatment would have needed to have been coordinated with medical staff.

22. Once the offenders were secured back into their cells, I returned to the custody hall and walked with a fire investigator back to cell 252 while he was conducting his investigation.

23. I completed an incident report later that day regarding the fire. *See* (ECF 113-1 pp. 78-79). Everything I wrote in that Incident Report is correct and accurate based on my personal knowledge at the time it was written.

I HEREBY AFFIRM UNDER THE PENALITIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE.

Dated: 11-4-2025

DENNIS KOEN