UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF JACQUELINE MAYES**

I, Jacqueline Mayes, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Corrections as a Correctional Case Worker at the Indiana State Prison (ISP).

2. I have worked at the Indiana State Prison for approximately nineteen (19) years.

3. In January 2023, I was a case worker assigned to E Cell House at ISP.

4. On January 14, 2023, I was working overtime. I was in the custody hall helping it get set up for visitations. I heard over the radio a signal called for a fire in A Cell House (ACH).

5. Shortly thereafter, Captain McCann asked me to assist with the evacuation of the inmates in A Cell House.

6. When I arrived at A Cell House, the evacuation of the cell house had already started. The back door of A Cell House was opened at that time. I observed some inmates refusing to evacuate ACHU.

7. I observed Officer Crockett outside by the fence catching his breath.

8. While there was smoke in AHU at the time, it was still visible inside of the AHU.

9. Initially, the inmates were evacuated outside of A Cell House. Some inmates were complaining to me about being outside and complaining that it was cold.

EXHIBIT F

10. The inmates were escorted to the recreation building, which is a covered area.

11. Inmate Brian Kendrick had gone to someone else first about requiring fire-related medical attention, necessitating a hospital visit outside of the facility. He was being escorted over to the hospital when he called out to me and spoke with me about it. He was the only inmate that conveyed any alleged breathing problems.

12. At the recreation yard, I attempted to line up the inmates in order to start conducting a count to ensure all inmates were accounted for. Sgt. Walton informed me that she had spoken with Captain McCormick and he decided that count would be taken in A Cell House once the inmates were placed back into their cells. Accordingly, I ended up not conducting a count. Captain McCormick told me that custody staff were able to handle the situation, and I ended up leaving the area.

13. Captain McCormick told me that custody staff were able to handle the situation, and I ended up leaving the area.

14. I did not have any involvement with any inmate after they were escorted back inside ACH.

15. I am aware that Plaintiff LeeTravis Griffin filed a lawsuit regarding the events of January 14, 2023, naming me as a Defendant.

16. I have never met, nor spoken to, Mr. Griffin. I had no conversations with Mr. Griffin on January 14, 2023. At no point on January 14, 2023, did Mr. Griffin ask me for medical attention or convey any medical issues he might have been experiencing.

I HEREBY AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND ACCURATE.

Dated: 11/6/25

Jacqueline Mayes
JACQUELINE MAYES