UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF RON NEAL**

I, Ron Neal, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") as Warden of the Indiana State Prison ("ISP"). I have been the Warden at ISP since 2014.

2. I am aware that offender LeeTravis Griffin (DOC# 233943) filed a lawsuit against me and alleged that I was deliberately indifferent to a serious risk of harm posed by the fire that occurred at ISP on January 14, 2023.

3. I have previously answered interrogatories in this case. I submit this declaration with my motion for summary judgment and to supplement the sworn statements made in my interrogatory responses.

4. I was not working at the prison at the time of the fire and received a call from Captain Steven McCann at approximately 11:15 a.m. on January 14, 2023, informing me of the fire.

5. After learning about the fire, I went to the facility and placed it on lockdown. I was the point of contact for the State Fire Marshall and the investigators who arrived at the scene.



EXHIBIT G

6. I am aware that Mr. Griffin alleges that there were various conditions in A Cell House which increased the risk of harm during the January 14, 2023 fire and that I was aware of these conditions due to past in-cell fires that resulted in litigation and offender complaints.

7. In 2017, an in-cell fire occurred in B Cell House at ISP which resulted in the death of offender Joshua Devine (hereinafter "2017 Fire"). I was the Warden of ISP at the time of this fire.

8. Since then, ISP has taken numerous precautions to promote and ensure fire safety.

9. All fire alarm systems were operational at the time of this fire, and several were new or refurbished prior to the January 14, 2023 fire.

10. The dampers/exhausts in the ceilings of the different cellhouses were also repaired or replaced as needed to ensure that they were operational and worked in collaboration with the fire alarm system.

11. Further, the Indiana State Prison is the only maximum-security prison in the country that has an on-site offender fire department that receives statewide firefighter certification and training through the State Fire Marshal, as well as Homeland Security. This enables the facility to respond to fires at ISP far quicker than waiting for an outside fire department to respond to the scene. The ISP Fire Department was in place at the time of the January 14, 2023 fire.

12. ISP has also always purchased all necessary firefighting equipment for its Fire Department. However, after the 2017 Fire, ISP also purchased foam backpack fire suppression systems and smoke evacuation systems, which were the latest firefighting technology on the market to help extinguish fires and exhaust smoke in the most efficient manner possible. These were utilized during the January 14, 2023 fire.

13. ISP also purchased additional water and ABC fire extinguishers for the entire prison

following the 2017 Fire, which were placed strategically on the endcaps of each range in the housing units, in addition to the fire extinguishers that have always been kept in the officer's station. The placement of the additional fire extinguishers on the endcaps of each range was made to aid correctional staff with quickly accessing a fire extinguisher to quell a fire. At the time of the January 14, 2023 fire, ISP was in the process of implementing these additional fire extinguishers on the endcaps of the ranges. Shortly after the January 14, 2023 fire, the additional water and ABC fire extinguishers were placed on the ranges of each cell house at ISP.

14. Following the 2017 Fire, offenders' property boxes, which were previously plastic, were replaced with property boxes made of steel because they were more fire-resistant.

15. Offenders are allowed to keep personal property in their cell, but the amount of property is restricted to a property box, which is 4.5 cubic feet. This personal property restriction was done to reduce the amount of fire load within each cell for offenders' safety and was in place at the time of the January 14, 2023 fire.

16. Shakedowns of every cell in the prison occur on a quarterly basis in an effort to ensure that offenders are complying with the property guidelines and reduce the amount of clutter and trash within the cells. Shakedowns are also utilized to check for contraband, altered property, as well as minimize the fire load in each cell.

17. After the 2017 Fire, I recorded a video that was broadcast to the offender population via the facility's broadcast channel. In this video, I explained why there was a facility-wide lockdown and property purge to the new standard of 4.5 cubic feet in the new metal property boxes. I also explained the importance of reducing the fire load within the cells and asked offenders to stop manipulating, altering and messing with the electric outlets within their cells because it could create a risk of fire by their own actions.

18. The electric outlets in the cells, by themselves, without any alteration or being messed with by offenders, do not create a risk of fires or harm to the inmate.

19. The housing units at ISP are primarily concrete and steel construction, and the facility uses fire-retardant mattresses.

20. In 2019, ISP upgraded all of its fire hydrants as an additional safety measure.

21. After the January 14, 2023 fire, ISP implemented hands-on fire extinguisher training for staff in addition to their NEO training, which reviews procedures for fire prevention, notification and communication of a fire emergency, and evacuations.

22. These measures have all been taken to help promote fire safety and ensure the safety and security of inmates at the facility.

23. I am aware that Mr. Griffin alleges the following conditions contributed to his alleged risk of harm during the January 14, 2023 fire: inoperable or empty fire extinguishers, frequency of fire drills, a manual double-locking system, lack of emergency call buttons, and layers of paint on cell walls at ISP.

24. Following the January 14, 2023 fire, I was never informed of any inoperable or empty fire extinguishers in ACH. Inspections of fire extinguishers in every cell house, including ACH, are conducted twice per month routinely, but at least on a monthly basis by the Fire Brigade under the Supervision of the Safety Hazard Manager. Staff call for refills or replacements of fire extinguishers whenever needed.

25. The Safety Hazard Manager also works with the ISP Fire Department to conduct quarterly fire drills.

26. In addition to fire drills, ISP has an Emergency Manual, which outlines a Fire Plan.

27. The ISP Emergency Manual and all related appendices and attachments are

restricted, confidential, and not subject to public disclosure. Offenders are not allowed to access or view ISP's Emergency Manual for safety and security reasons. The emergency manual is available to staff to review whenever needed.

28. The Fire Plan outlines staff procedures for fire prevention, notification and communication of a fire emergency, and evacuations.

29. All ISP staff receive training for the implementation of this Fire Plan.

30. The manual double-locking system and the lack of emergency call buttons in ACH do not create a greater risk of fire.

31. The cells in ACH either utilize a manual locking system or an electronic locking system.

32. The cells on the 100 and 200 north ranges in ACH have manual locking systems.

33. The cells on the 300, 400, and 500 north ranges in ACH have electronic locking systems.

34. To unlock and open any cell in ACH, staff go to the endcap of the range.

35. Cells that have an electronic locking system can be opened by pressing a button on the endcap of each range.

36. Cells that have the manual locking system can be opened by cranking the roll bar at the endcap of each range and then unlocking the cell door with a key.

37. The roll bar is a metal bar that is placed horizontally across the top of the cells in a range to help secure the cell doors.

38. The cells/ranges in ACH that utilize the manual locking system have the roll bar. There is no roll bar on ranges that utilize the electronic locking system.

39. All cells on the south ranges of ACH have a manual locking system.

40. ISP was not constructed with emergency call buttons inside the cells.

41. I was not aware of any infrastructural issues or conditions at ISP that created a fire risk or would threaten the lives of the inmates living in A Cell House prior to the January 14, 2023 fire.

42. I am also aware that Mr. Griffin claims that I had notice about the alleged conditions in A Cell House which increased his risk of harm during the January 14, 2023 fire because these concerns were raised during ISP dorm rep meetings.

43. Prior to the January 14, 2023 fire, offender representatives from each cell house routinely met with leadership staff at ISP to discuss issues and concerns from the offender population. These monthly meetings were referred to as dorm rep meetings or cell house rep meetings.

44. I have previously attended dorm rep meetings due to my position as Warden. To the best of my recollection, I am unaware of any dorm rep meeting where concerns of fire safety issues were discussed prior to the January 14, 2023 fire.

45. Dorm rep meetings are video recorded and broadcast to offenders' televisions via the information channel. In addition to video recordings, minutes are taken at dorm rep meetings to document the issues and concerns raised.

46. I reviewed copies of some of the minutes from the dorm rep meetings that occurred for two years prior to the January 14, 2023 fire. The minutes I reviewed did not show that issues related to fire safety were raised or discussed.

47. Additionally, the topics and issues discussed during dorm rep meetings are subject to a screening process for safety and security reasons.

48. Topics and issues that relate to ongoing litigation against ISP or the IDOC will be

screened out and not discussed at dorm rep meetings.

49. Additionally, I am not aware of any instance where a fire has spontaneously started in a cell due to electric irregularities.

50. To the best of my recollection, every fire at ISP has occurred due to an offender's action. The most common example of this is "sparking outlets," which is done when offenders insert a metal object into an outlet to create a spark or produce fire to light contraband and/or drugs.

51. The State Fire Marshall investigated the January 14, 2023 fire at ISP and created a report of its findings.

52. I reviewed the State Fire Marshall report concerning the January 14, 2023 fire, which indicated that the cause of the fire could not be conclusively determined.

53. ISP's Internal Affairs Division (Internal Affairs) also investigated the January 14, 2023 fire. That investigation was assigned Case No. 23-ISP-0006.

54. As the Warden, I am routinely apprised of the internal investigation process for critical incidents at ISP.

55. The Internal Affairs Division investigated the January 14, 2023 fire by reviewing camera footage, interviewing involved staff, and reviewing relevant documents.

56. Following its investigation, the Internal Affairs Division created an investigation report, which was forwarded to me.

57. Attached is a true and accurate copy of the Report of Investigation for Case No. 23-ISP-0006 which I reviewed from the Internal Affairs Division.

58. Based on its investigation, the Internal Affairs Division determined that the January 14, 2023 to have been an accidental offender death.

**I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated: 11-6-25

Ron Neal
Warden
Indiana State Prison

USDC IN/ND case 3:24-cv-00066-PPS-JEM document 182-7 filed 11/07/25 page 9 of 12
USDC IN/ND case 3:24-cv-00066-PPS-JEM document 113-1 filed 10/30/25 of 30

Indiana Department of Correction
Internal Affairs Division

**REPORT OF INVESTIGATION**

**Tuesday, March 7 2023**

**CASE NO: 23-ISP-0006**

---

| | | | |
|---|---|---|---|
| **Primary Offense Description** | | **Date of Offense** | 14-JAN-2023 |
| Death - Accidental - Offender | | **Referred By** | |
| **Offense Location** | CELL -- | **Person Completing Rpt** | Larry Haskell / |
| **Investigator Name** | Larry Haskell / | **Date Rpt Completed** | 20-FEB-2023 |
| **Case Status** | Substantiated | | |

**Other (secondary) Offenses**

**Physical Evidence** *N* **Evidence Disp Facility** *N* **Evidence Disp Agency** *N*

**Other Facility Referred To** **Referred By**

**Narrative** On January 14, 2023, at approximately 10:09 am Officer (Ofc.) Darnell Crockett conducted a count and secured Offender Michael Smith's DOC #953102 cell door A-252. At 10:53 am, flickers of flame came from in the cell. The fire grew quickly inside the offender's cell. A signal 10-71 indicating that it was a fire in the cell house was called in A Cell House. First Responders and the Offender Firemen responded to the signal.

Camera Footage
10:53 am flickers of flame in the cell.
10:55 am the fire is visible but still in the cell.
10:57 am the flames completely engulfed the cell and are moving outward.
10:58 am the flames are spreading out and upwards out of the cell.
10:58 am Ofc. Cross and Ofc. Crockett arrived at the cell with the water fire extinguisher.
10:59 am staff returned with an ABC fire extinguisher.
11:00 am Offender Smith's movements stop.
11:01 am First Responders and offender firemen were on the range.

Interviews

On January 14, 2023, Sergeant (Sgt.) Jeniene Walton was working in A Cell House (ACH). The count had just cleared and she conducted a security walk on both 100 North and South ranges. She went back into the Officer Station where Lieutenant ( Lt.) Nadine Smith, Ofc. Kevin Cross, and Ofc. Darnell Crockett were at. As Sgt. Walton was talking to Lt. Smith the fire alarm panel sounded. As they walked out of the Officer's Station they noticed smoke coming from the 200 North range. Sgt. Walton called a 10-71 (fire) signal in ACH. Ofc. Cross and Ofc. Crockett reported to 200 North range with a water fire extinguisher in hand. Lt. Smith took the ABC fire extinguisher and went down the 100 North range. Sgt. Walton stayed at the front door due to her having the front door key and had to let the First Responders in the cell house. She then started clearing out the cell house and getting the other offenders to safety. A written statement was provided and an incident report was completed on January 14, 2023.

On January 14, 2023, Ofc. Kevin Cross was working in A Cell House. Ofc. Cross was in the Officer's Station when he heard the fire alarm panel in the office go off. He saw the smoke



EXHIBIT G

coming from the 200 North range as he walked out of the office and saw the flames coming from a cell. Ofc. Cross and Ofc. Darnell Crockett grabbed the water fire extinguisher and went to the 200 North range. As they got in front of the cell they started to use the water fire extinguisher but they saw that it wasn't working. Ofc. Cross went downstairs to get the ABC fire extinguisher. Lt. Smith gave him the ABC extinguisher and he returned to the cell. He gave the ABC fire extinguisher to Ofc. Crockett attempted to control the fire but it wasn't effective. Once the First Responders arrived on the 200 North range, Ofc. Cross started opening the cell doors of the other offenders to get them into a controlled setting. A written statement was provided and an incident report was completed on January 14, 2023.

On January 14, 2023, Lt. Nadine Smith was working in A Cell House. She was in the Officer's Station with her officers. When the fire alarm panel went off they all saw smoke and fire coming from the 200 North range. She grabbed the ABC fire extinguisher and went down the 100 North range to tend to the fire. As she arrived on the 100 North range she saw the fire was bad and assumed if she had used the extinguisher the fire would have spread due to where she was at. She walked back to the front of the cell house and that's when she was able to hand off the fire extinguisher to Ofc. Cross. She grabbed a set of keys and started opening the cell doors of the other offenders to get them out of the cell house. She started escorting the offenders outside into the Recreation Yard. A written statement was provided and an incident report was completed on January 14, 2023.

On January 14, 2023, Officer Darnell Crockett was working in A Cell House and he was working on the North and South of the 200 and 300 range. As he was conducting the 10:00 am count the offender, Michael Smith was in his cell sleeping. Ofc. Crockett woke Offender Michael Smith up to see if he was breathing and everything appeared to be fine. Ofc. Crockett was inside the Officer's Station when the fire alarm panel went off. Ofc. Cross grabbed the water fire extinguisher and they went up to the 200 North range and went to the cell. They started using the water fire extinguisher but it wasn't effective. Ofc. Cross went down to obtain the ABC fire extinguisher while Ofc. Crockett had gone to the front of the range to unroll the security bar. They both came back to the cell and Ofc. Crockett used the ABC fire extinguisher and was attempting to put the fire out but it didn't have any effect due to the fire already being at its peak. As he went to open the cell door he couldn't open it due to the heat making the cell door expand. At that time First Responder Lieutenant Dennis Keon came and assisted Ofc. Crockett with getting the cell door unlocked but they still weren't able to get it unlocked due to the fire. The Inmate Fire Chief came along and used another ABC fire extinguisher and the other firemen showed up and were able to get the fire handled. A written statement was provided and an incident report were completed on January 14, 2023.

NOTE: All First Responder's written statements were provided with their incident reports stating what took place and the life saving measures that were taken.

Michigan City Fire Chief Statement :
On January 14, 2022, scene examination revealed the general area of origin to be the central front area of the bed located in the cell. Charred and melted remains of electrical cords, small flat-screen televisions, computer tablets, altered/homemade electrical devices, and an altered light fixture (not associated with the cell's installed lighting) were found in the area of origin. Due to the damage to the found items, a definitive ignition source could not be determined.



EXHIBIT G

STATEIDOC000023

USDC IN/ND case 3:24-cv-00066-PPS-JEM document 132-7 filed 10/07/25 page 11 of 12



However, neither an unknown electrical failure in electrical items identified in the area of origin nor a human error could be refuted as a possible cause. The case is still under investigation.

TOXICOLOGY/FINAL AUTOPSY
Final Autopsy results show the manner of death was determined to be thermal burns/heat exposure. The toxicology report also shows a positive result for methamphetamine.

**Disposition**
Based on physical evidence along with the autopsy results, case 23-ISP-0006 is SUBSTANTIATED for an accidental offender's death. This case will be forwarded to Warden Ron Neal for review.

---

**PRINCIPALS**

**Type: Victim**

**Name: Michael Smith**

**Address** 1 Park Row Michigan City, IN 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC# |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | White | M | 6.0 | 195 | Bald | Brown | | 953102 |

**Other Information**
**EPRD:**



EXHIBIT G

STATEIDOC000024

Indiana Department of Correction
Internal Affairs Division
REPORT OF INVESTIGATION
Tuesday, March 7 2023

CASE NO: 23-ISP-0006

## WITNESSES

**Name: Darnell Crockett**

**Address:** 1 Park Row, Michigan City, In 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | [redacted] | Black | M | 5.11 | 225 | Black | Brown | [redacted] | Correctional Officer |

**Other Information**
**EPRD:**

**Name: Kevin Cross**

**Address:** 1 Park Row, Michigan City, In 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | [redacted] | Black | M | . | | Black | Brown | [redacted] | Correctional Officer |

**Other Information**
**EPRD:**

**Name: Nadine Smith**

**Address:** 1 Park Row, Michigan City, In 46360

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | [redacted] | Black | F | . | | Brown | Brown | [redacted] | Sergeant |

**Other Information**
**EPRD:**

**Name: Jeniene Walton**

**Address:** 1 Park Row, Michigan City, In

| SSN | DOB | Race | Sex | Height | Weight | Hair | Eyes | Phone | Title or DOC |
|---|---|---|---|---|---|---|---|---|---|
| -- | | Black | F | 5.5 | 272 | Brown | Brown | | Custody |

**Other Information**
**EPRD:**



EXHIBIT G