UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.,*<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF DEBORAH TAYLOR**

I, Deborah Taylor, being over 21 years of age and of sound mind and having been duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") as the Safety Hazard Manager at the Indiana State Prison ("ISP").
2. I was hired by the IDOC in 2013 as a Correctional Officer at ISP.
3. In February 2022, I was promoted to the Safety Hazard Manager role for ISP.
4. As the Safety Hazard Manager, my primary role concerns matters of health and safety at ISP, which includes fire safety and prevention.
5. Generally, my duties include but are not limited to conducting housing inspections, managing fire and safety compliance standards, working with outside agencies for inspections, and coordinating with construction services to address issues as needed.
6. I also oversee the ISP fire department, which is made up of incarcerated individuals. I help address any issues as they arise and act as a liaison between the ISP fire department and the Director of Fire Risk Management, Gordon Becher.



EXHIBIT H

7. As part of my role, I am also in charge of conducting fire drills and maintaining fire safety equipment, such as fire extinguishers and smoke alarms.
8. Fire drills are conducted on a quarterly basis per shift. In other words, a fire drill will be conducted during the day shift and the night shift four times per year for every building at ISP.
9. Either the ISP fire department or I will conduct the quarterly fire drills. If I do not personally conduct the fire drill, I will review the documentation associated with the drill.
10. Generally, the fire alarm will be pulled, and the building will be evacuated. Custody staff and then required to walk the range until the cell house is empty. In addition to performing the drill, custody staff are required to complete a questionnaires that test their knowledge of fire safety procedures.
11. Additionally, I work with the ISP Fire Department for the inspection of fire extinguishers.
12. The ISP Fire Department conducts a bi-monthly inspection of the fire extinguishers. One inspection is conducted formally with a written report, and the other inspection is completed informally.
13. I am aware that offender LeeTravis Griffin (DOC# 233943) filed a lawsuit against me and alleged that I was deliberately indifferent to a serious risk of harm posed by the fire that occurred at ISP on January 14, 2023.
14. I was not at ISP on January 14, 2023 at the time of the fire because it was my day off.
15. I became aware of the fire when the shift supervisor contacted me at my residence on my state-issued phone.
16. After being informed of the fire, I reported to ISP to check on the inmate firefighters and help as needed.

17. I did not conduct any investigations concerning the January 14, 2023 fire
18. I was not involved in any investigation concerning the January 14, 2023 fire.
19. I am aware that Mr. Griffin alleges the following conditions contributed to his alleged risk of harm during the January 14, 2023 fire: inoperable or empty fire extinguishers, frequency of fire drills, a manual double-locking system, lack of emergency call buttons, and layers of paint on cell walls at ISP.
20. Specifically, I am aware that Mr. Griffin alleges that there were infrequent fire drills since he had been incarcerated at ISP.
21. From the time I was promoted to Safety Hazard Manager to the January 14, 2023 fire, six fire drills were conducted by either me or the ISP fire department for A Cell House.
22. Attached are true and accurate copies of the fire drill reports for A Cell House that were completed while I was Safety Hazard Manager prior to the January 14, 2023 fire.
23. Further, I am aware that Mr. Griffin claims that the fire extinguishers were inoperable or empty on January 14, 2023 in A Cell House.
24. Prior to the January 14, 2023 fire, I was not aware of any fire extinguishers in A Cell House that were not in working condition. To my knowledge, the fire extinguishers were in proper condition at the time of the January 14, 2023 fire.
25. Following the January 14, 2023 fire, there were no reports of empty or inoperable fire extinguishers in A Cell House.
26. Additionally, I am aware that Mr. Griffin alleges the manual double-locking system, lack of emergency call buttons, and layers of paint on cell walls created a risk of fire.

27. I was not aware that the manual double-locking system, lack of emergency call buttons, and layers of paint on cell walls in A Cell House created a risk of fire prior to the January 14, 2023 fire.

28. I am unaware of *any* conditions or issues in A Cell House at ISP that create a risk of fires. Likewise, I was unaware of any conditions in A Cell House prior to January 14, 2023, that created a fire risk or would threaten the lives of the inmates living in A Cell House.

29. To the best of my recollection, I was not involved in any dormitory rep meetings to discuss fire safety prior to the January 14, 2023 fire. I also have not submitted a broadcast about the fire department for offenders to view on their televisions.

**I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated: 11-3-2025

Deborah Taylor
Deborah Taylor
Safety Hazard Manager
Indiana State Prison

# Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building: A-Cell House Quarter: 2nd Daytime Year 2022

Identity of person(s) conducting the drill: seruaka, Fonseca, ~~Means~~, means, engrom, Taylor, alcantar, Phelps, Richardson, Pattison, Harris,

Date and Time of drill: 5-16-22

Notification method used: alarm

Number of occupants evacuated: 3 Staff (1-counter) 281 Offenders 284 Total

Special conditions simulated:

- ☐ Intentionally blocked an exit door to assess redirection of evacuation
- ☐ Intentionally detained an offender to asses complete building sweep
- ☒ None
- ☒ Other Describe: None

Problems encountered: None

Corrective actions taken if needed: None

Weather conditions present when occupants were evacuated: 68° sunny

Evacuation time: ~~[illegible]~~ 16:44

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | | Signature Here |
|---|---|---|
| Alonte | Fortier | [signature] |
| E | Williams | [signature] |
| | | |
| | | |

EXHIBIT H

STATEIDOC000440

If you smell smoke what do you do?

**Answer:** *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer:** *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer:** *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

X What type of fire is each extinguisher used on?

**Answer:** *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer:** *Count board, post orders, radio, keys, and cuffs.*

Score: 95%

Comments:

Only 2 officers!

EXHIBIT H

## Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building: A-Cell House    Quarter: 2nd Nighttim    Year 2022

Identity of person(s) conducting the drill: Chief STIDHAM

Date and Time of drill: 6:30pm

Notification method used: Pull STATION / Full evAC

Number of occupants evacuated: 3 Staff    319 Offenders    322 Total

Special conditions simulated:

- ☐ Intentionally blocked an exit door to assess redirection of evacuation
- ☐ Intentionally detained an offender to asses complete building sweep
- ☐ None
- ☐ Other    Describe:

Problems encountered: N/A

Corrective actions taken if needed: N/A

Weather conditions present when occupants were evacuated: 70° RAIN

Evacuation time: 18:36

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| **Print Name Here** | **Signature Here** |
|---|---|
| Brandon C Storey | [signature] |
| STEVEN MERRELL | [signature] |
| Jerry Tondini | [signature] |

EXHIBIT H

I.S.P. Fire Drill Questions for Staff

If you smell smoke what do you do?

**Answer**: *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer**: *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer**: *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer**: *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer**: *Count board, post orders, radio, keys, and cuffs.*

Score: 8/8

Comments:

Good

EXHIBIT H

# Indiana Department of Corrections

## FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building: A-Cell House    Quarter: 3rd Daytime    Year 2022

Identity of person(s) conducting the drill: D. Taylor

Date and Time of drill: 8-8-22    11:00 AM

Notification method used: Alarm

Number of occupants evacuated: 5 Staff    327 Offenders    333 Total

Special conditions simulated:

- ☐ Intentionally blocked an exit door to assess redirection of evacuation
- ☐ Intentionally detained an offender to asses complete building sweep
- ☐ None
- ☐ Other    Describe:

Problems encountered: N/A

Corrective actions taken if needed: N/A

Weather conditions present when occupants were evacuated: 80 Sunny

Evacuation time: 12:32

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| **Print Name Here** | **Signature Here** |
|---|---|
| x Singleton | [signature] |
| Lt. Thompson | Lt. Thompson |
| Ammon | [signature] |

EXHIBIT H

If you smell smoke what do you do?

**Answer**: *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer**: *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer**: *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer:** *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer**: *Count board, post orders, radio, keys, and cuffs.*

Score: 100%

Comments:

Good

EXHIBIT H

**Indiana Department of Corrections**

**FIRE DRILL EVACUATION**

**Facility: INDIANA STATE PRISON**

Building: A-Cell House Quarter: 3rd Nighttim Year 2022

Identity of person(s) conducting the drill: STIDHAM / Taylor

Date and Time of drill: 7:13 pm 8-4-22

Notification method used: Verbal mock

Number of occupants evacuated:

| Staff | Offenders | Total |
|---|---|---|
| 2 | 327 | 329 |

Special conditions simulated:

- ☐ Intentionally blocked an exit door to assess redirection of evacuation
- ☐ Intentionally detained an offender to asses complete building sweep
- ☐ None
- ☐ Other Describe:

Problems encountered: N/A

Corrective actions taken if needed: N/A

Weather conditions present when occupants were evacuated: Sunny 82°

Evacuation time: mock / verbal

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| **Print Name Here** | **Signature Here** |
|---|---|
| J Jackson | [signature] |
| A Padilla | [signature] |
| | |
| | |

EXHIBIT H

If you smell smoke what do you do?

**Answer:** *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer:** *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer:** *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer:** *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer:** *Count board, post orders, radio, keys, and cuffs.*

Score: ______________

Comments:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

EXHIBIT H

## Indiana Department of Corrections

### FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building: A-Cell House    Quarter: 4th Daytime    Year 2022

Identity of person(s) conducting the drill: Alcantar, Holland, Washington, Phelps, Harris, Richardson Utley, White, Mine

Date and Time of drill: 11-2-22 12:00pm

Notification method used: Alarm (Pull Station)

Number of occupants evacuated: 5 Staff 327 Offenders 332 Total (254-counted)

Special conditions simulated:

NA ☐ Intentionally blocked an exit door to assess redirection of evacuation

NA ☐ Intentionally detained an offender to asses complete building sweep

☑ None

☐ Other    Describe:

Problems encountered: none

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated: 60° Sunny

Evacuation time: 9:28

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| A. Stroud | [signature] |
| A Lagunas | |

EXHIBIT H

If you smell smoke what do you do?

**Answer**: *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer**: *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer**: *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer**: *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer**: *Count board, post orders, radio, keys, and cuffs.*

Score: Good

Comments:

_______________________________________________

_______________________________________________

_______________________________________________

EXHIBIT H

Indiana Department of Corrections

FIRE DRILL EVACUATION

**Facility: INDIANA STATE PRISON**

Building: A-Cell House

Quarter: 4th Nighttim

Year 2022

Identity of person(s) conducting the drill: Verbal - Alcantar, Pattison

Date and Time of drill: 11-2-22 6:30pm

Notification method used: Verbal

Number of occupants evacuated: 2 Staff 327 Offenders 329 Total

Special conditions simulated:

N/A ☐ Intentionally blocked an exit door to assess redirection of evacuation

NA ☐ Intentionally detained an offender to asses complete building sweep

☒ None

☐ Other Describe:

Problems encountered: none

Corrective actions taken if needed:

Weather conditions present when occupants were evacuated: cool, evening

Evacuation time:

Signatures of some or all staff members on duty and participating in this drill:

(List continued on back if needed)

| Print Name Here | Signature Here |
|---|---|
| E Clark | E Clark [signature] |
| J. Rodriguez | J Rodriguez [signature] |

EXHIBIT H

I.S.P. Fire Drill Questions for Staff

If you smell smoke what do you do?

**Answer**: *Investigate where the smoke is coming from if fire can be seen. Take your keys with you and a fire extinguisher.*

If there is a fire what do you do?

**Answer**: *Call a 10-70/10-71, and release your firefighters from their unit.*

Where are your fire alarm pull stations? Where is the unit's fire alarm panel?

**Answer**: *Identify pull stations on the unit. (Not all units have pull stations)*

Where are the Primary and secondary exits? Where is the evacuation plans posted in the unit?

**Answer:** *(Identify primary, secondary, and fire exits. Look for the evacuation plans)*

What is the difference between a 10-70 and 10-71?

**Answer:** *10-70 is a fire alarm, and 10-71 is an actual fire.*

What type of fire extinguishers do you have on your unit?

**Answer:** *(Officer needs to identify the" ABC" and the "Class A (water)" extinguishers.)*

What type of fire is each extinguisher used on?

**Answer**: *ABC (Red extinguisher) covers almost anything, and class A (Silver extinguisher) is to be used on paper/wood based products only.*

What are you going to take with you, if there is a fire?

**Answer**: *Count board, post orders, radio, keys, and cuffs.*

Score: 100

Comments:

EXHIBIT H