UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br>Plaintiff,<br>v.<br>RON NEAL, *et al.*,<br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF GORDON BECHER**

I, Gordon Becher, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") as the Director of Fire Risk Management.
2. I was hired by IDOC in January 2018 as the Fire Chief at Wabash Valley Correctional Facility located in Carlisle, Indiana.
3. In February 2022, I moved to my current position as the Director of Fire Risk Management.
4. In this role, my office is located at the Wabash Valley Correctional Facility, but I travel to other IDOC facilities as needed.
5. As the Director of Fire Risk Management, my primary role is to oversee the fire departments within IDOC facilities and address issues that may arise.
6. There are four fire departments within the IDOC, which are located at the following facilities: Branchville Correctional Facility, Putnamville Correctional Facility, Wabash Correctional Facility, and the Indiana State Prison ("ISP").



EXHIBIT I

7. Each fire department has a Fire Chief who is primarily in charge of the management and operations of the department.

8. Unlike other facilities, the fire department at ISP is made up of incarcerated individuals, also known as inmate firefighters. The Fire Chief at ISP is an incarcerated individual as well. These inmate firefighters are all trained firefighters.

9. At ISP, the Safety Hazard Manager, Deborah Taylor, supervises the Fire Chief and, in turn, the fire department.

10. I provide trainings to Safety Hazard Manager Taylor to give to the fire department, such as virtual classes and written learning materials. I also assist Safety Hazard Manager Taylor with coordinating in-person state-level trainings when possible.

11. I am not typically involved with the day-to-day operations of the ISP fire department. I will be contacted by Safety Hazard Manager Taylor when issues arise that require my assistance or attention. Essentially, I am a resource to Safety Manager Taylor for fire safety and prevention issues.

12. The Safety Hazard Manager at each facility is in charge of maintaining fire safety equipment, such as fire extinguishers and smoke alarms, and conducting fire drills in accordance with the Indiana Fire Code.

13. As the Director of Fire Risk Management, I also act as a liaison between the facilities and construction services.

14. I am aware that offender LeeTravis Griffin (DOC# 233943) filed a lawsuit against me and alleged that I was deliberately indifferent to a serious risk of harm posed by the fire that occurred at ISP on January 14, 2023.

15. To the best of my recollection, I do not ever recall meeting or speaking with Mr. Griffin.

16. I was not present at ISP on January 14, 2023 during the time of the fire.

17. I was informed of the January 14, 2023 fire at ISP when I received a phone call from my boss, Kevin Orme, who explained what had happened.

18. Due to the State Fire Marshall's involvement, I was not required to go to the facility and respond. I was not at ISP at any point in time on January 14, 2023.

19. I am also aware Mr. Griffin alleges the following conditions contributed to his alleged risk of harm during the January 14, 2023 fire: inoperable or empty fire extinguishers, frequency of fire drills, a manual double-locking system, lack of emergency call buttons, and layers of paint on cell walls at ISP.

20. As stated above, the maintenance of fire extinguishers and the frequency of fire drills are conducted at a facility level. I am typically not involved with these processes unless there is an issue brought to my attention that I need to address.

21. I am unaware of any issues or problems in A Cell House at ISP that create a risk of fires. Likewise, I was unaware of any conditions in A Cell House prior to January 14, 2023, that created a fire risk or would threaten the lives of the inmates living in A Cell House.

22. I have never been involved in any type of dormitory rep meeting to discuss fire safety, nor have I ever submitted a broadcast about the fire department for offender tablets.

**I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated: Sept 17, 2025

Gordon Becher
Gordon Becher
Director of Fire Risk Management



EXHIBIT I