UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF MAJOR DOUGLAS WARDLOW**

I, Douglas Wardlow, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") as a Correctional Major at the Indiana State Prison ("ISP"), located in Michigan City, Indiana.

2. I have been employed by the IDOC since 2005 and have been in my current position as Correctional Major since 2019.

3. I was not on shift on January 14, 2024 when the fire that is the subject of this litigation occurred. Thus, I was not at the facility at the time of the incident.

4. I first learned of the fire through correspondence with Warden Neal.

5. The Indiana State Prison was not built with Fire Suppression Systems as part of the Physical Plant. However, there are smoke alarm systems and fire extinguishers in every housing unit.

6. While checking fire extinguishers fall under the responsibility of the Safety Hazard Manager, when I walk AHU, I do spot checks of the fire extinguishers to make sure they have been checked.

7. The Safety Hazard Manager is also in charge of scheduling fire drills and providing



EXHIBIT J

instructions when drills occur. I occasionally help with the logistics of executing fire drills and have assisted in ensuring that staff get all the inmates out when the drills are conducted.

8. At the time of the January 14, 20223 fire, I was not aware of any issues with fires and electrical outlets sparking or posing any fire concerns. To date, I am not aware of there being issues with the outlets creating a fire risk. To the extent issues arise with the electronical outlets, it is because inmates will mess with and alter the outlets.

9. I was also not aware of any structural issues in AHU that would have created a risk of fire prior to the January 14, 2023 fire.

10. I am unaware of any conditions or issues in A Cell House at ISP that create a risk of fires. Likewise, I was unaware of any conditions in A Cell House prior to January 14, 2023, that created a fire risk for the inmates living in A Cell House.

11. In my time as Major, I have previously attended dorm rep meetings at the facility. These meetings occur once a month. I will attend the meetings when I am available. During these meetings, inmates can bring up maintenance issues such as if they experience plumbing issues in the cell house that need to be fixed. Nothing that I have heard in the dorm rep meetings have led me to believe there would be a risk of fire or safety issues related to fire.

I HEREBY AFFIRM UNDER THE PENALITIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE.

Dated: 11-5-2025

Douglas W. Wardlow

MAJOR DOUGLAS WARDLOW