UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LEETRAVIS GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>RON NEAL, *et al.,*<br><br>Defendants. | Case No. 3:24-cv-00066-PPS-JEM |

**DECLARATION OF DARNELL CROCKETT**

I, Darnell Crockett, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I am employed by the Indiana Department of Correction ("IDOC") as a Correctional Officer at the Indiana State Prison ("ISP").

2. In January 2023, I was a Correctional Officer at ISP.

3. I was on shift on January 14, 2023, working in A Cell House (ACH).

4. I was assigned to the 200 and 300 ranges during my shift on January 14, 2023.

5. During the day shift, officers conduct a count of all offenders three times a day. The count consists of walking down the range to account for each inmate.

6. After we count the offenders, we submit the count to the Sergeant to make sure every offender is accounted for.

7. On January 14, 2023, I conducted my first count of the 200 and 300 ranges around 10:00 am.

8. After I completed the count, I went to the officer station in ACH and waited for the court to clear. The officer's station is located on the north side of ACH. ACH has both a north side and south side.



EXHIBIT K

9. At around 10:58 am, I heard the fire alarm in ACH go off and inmates yelling.

10. I did not hear offenders yelling or screaming for help before the fire alarm went off. As soon as I heard inmates yelling, I reacted and responded.

11. I was not aware that there was a fire in ACH before the fire alarm went off.

12. At first, I was not aware of the location or magnitude of the fire.

13. At around 10:58 am, Office Cross and I ran up the stairs to the 200 range of ACH north to respond to the fire. Sgt. Walton called a signal 10-71 over the radio for the fire.

14. I had the keys to the cells in the 200 ranges. Officer Cross had grabbed one of the fire extinguishers. I did not know which fire extinguisher Officer Cross had grabbed initially.

15. It was only once we got to the 200 range (second floor) that we realized that the fire was in cell A252 and the magnitude of the fire.

16. When we approached cell A252, Officer Cross deployed the extinguisher, which ended up being the water extinguisher. I realized that we needed the ABC extinguisher given the magnitude of the fire. It was hard to get near the front of cell A252 due to the intensity of the fire. I ran back to the end of the range and unrolled the bar for the cells on the 200 north range while Officer Cross went to retrieve the ABC extinguisher.

17. We approached cell A252 again. Officer Cross handed me the fire extinguisher, and I deployed an ABC fire extinguisher attempting to control the fire in cell A252.

18. The ABC fire extinguisher caused the fire to temporarily subside, but there were still flames inside of the cell. I got close to cell A252 to try to unlock and open the door but was unable to given the intensity of the fire.

19. The first responders, including Lt. Koen, arrived on the scene. Lt. Koen was able to get the cell door open, and we continued to try to extinguish the fire in cell A252.



EXHIBIT K

20. The inmate firefighters arrived on the scene and continued extinguishing the fire.

21. I then assisted with evacuating in the inmates from ACH.

22. The 100 and 200 ranges of ACH north had manual locking systems that required each individual cell door to be locked and unlocked manually. The 100 and 200 ranges of ACH north also had bars at the end of the range that, when rolled shut, prevented cell doors from opening. The 300, 400, and 500 ranges of ACH north had an automatic locking system that was controlled by a switch.

23. I am aware that by the time the fire in cell A252 was extinguished, Michael Smith had passed away.

24. I am aware of who Plaintiff LeeTravis Griffin is. At no point on January 14, 2023 did Mr. Griffin ask me for assistance or requested medical attention from me.

I HEREBY AFFIRM UNDER THE PENALITIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE.

Dated: __November 7, 2025_ _Darnell Crockett_________________
DARNELL CROCKETT