


EXHIBIT L




EXHIBIT L




EXHIBIT L




EXHIBIT L




EXHIBIT L