**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| LEETRAVIS GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00066-PPS-JEM |
| | ) | |
| RON NEAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON THE EXHAUSTION DEFENSE**

Defendants, Dawn Buss, Darnell Crockett, Kevin Cross, Dennis Koen, Warden Neal, Jacqueline Mayes, Nadine Smith-Robinson, Jeniene Walton, Douglas Wardlow, Deborah Taylor, Gordon Becher, and Christina Reagle ("State Defendants"), by counsel, Gustavo A. Jimenez, Deputy Attorney General, respectfully submit the following Statement of Material Facts pursuant to Northern District of Indiana Local Rule 56-1 and incorporate these facts in support of their motion for summary judgment. [ECF 131].

**STATEMENT OF MATERIAL FACTS**

The record in this case, and the exhibits filed with Defendants' Motion for Summary Judgment, show the following undisputed facts.[1]

***Parties***

1. Plaintiff, LeeTravis Griffin ("Griffin" or "Plaintiff"), is an inmate at the Indiana State Prison. [Ex. A at 12:18-22.]

2. Mr. Griffin has been at the Indiana State Prison since December 2013. [*Id.* at 12:3-6].

[1] State Defendants accept these facts as true for purposes of summary judgment only.

3. Warden Neal is the Warden at ISP and was the Warden in January of 2023. [Ex. A at 21:18-25]; [Ex. G at ¶ 1].

4. Dawn Buss is one of the deputy wardens at ISP and was in the same position in January of 2023. [Ex. A at 22:1-7]; [Ex. B at ¶¶ 1-2].

5. Christina Reagle was the former IDOC Commissioner in January of 2023. [ECF 79 at 1]; [Ex. A at 22:16-19].

6. Ms. Reagle has never been assigned to work at ISP. [ECF 79 at 2].

7. Douglas Wardlow is a Correctional Major at ISP and was in this same position back in January of 2023. [Ex. A at 22:20 - 25]; [Ex. J at ¶ 2].

8. Deborah Taylor is the Safety Hazard Manager at ISP and was in the same position back in January of 2023. [Ex. H at ¶ 3]; [Ex. A at 23:17 – 24:1].

9. Gordon Becher is the IDOC's Director of Fire Risk Management and held this same position in January 2023.[2] [Ex. I at ¶¶ 1, 3].

10. Kevin Cross is now a Sergeant but was formerly a correctional officer in January of 2023. [Ex. A at 24:13-15]; [Ex. C at ¶¶ 1,4].

11. Darnell Crockett is a correctional officer and held the same rank back in January of 2023. [Ex. A at 24:18-20]; [Ex. K at ¶¶ 1-2].

12. Janine Walton is a correctional Sergeant and held the same rank back on January 14, 2023. [Ex. A at 25:2-10].

13. Nadine Smith-Robinson is a correctional lieutenant and held the same rank back in January 2023. [Ex. A at 25:11-13]; [Ex. D at ¶¶ 1, 4].

[2] Mr. Becher's primary role as Director of Fire Risk Management is to oversee the fire departments within IDOC facilities. [Ex. I at ¶ 5].

14. Dennis Koen is a correctional lieutenant and held the same rank bank in January of 2023. [Ex. A at 25:16-19]; [Ex. E at ¶ 2].

15. Jacqueline Mayes is a correctional caseworker and was a caseworker back in January of 2023. [Ex. A at 25:20-24]; [Ex. F at ¶¶ 1, 3]

***A-Cell House at ISP***

16. ACH has a north side and south side. [Ex. K at ¶ 8].

17. Mr. Griffin has been in living on the north side of A Cell House (ACH or AHU) cell 358 (a single man cell) since June of 2021. [Ex. A at 12:21-24, 13:5-15,].[3]

18. Mr. Griffin's cell is on the third floor (or range) of ACH. [Ex. A at 12:25-13:2].

19. ACH has five levels (ranges). [Ex. A at 13:5-9].

20. The image below depicts the north side of A Cell House on January 14, 2023:




(Ex. L at 1, Screen shot of surveillance footage of the northside of AHU on January 14, 2023).

[3] AHU is a general population housing unit. [Ex. A at 13:10-11].

21. ACH has an officer's station located on the north side. [Ex. K at ¶ 8]; [Ex. A at 43:7-12].

22. ISP was not constructed with emergency call buttons within the cells. [Ex. G at ¶ 40]; [Ex. A at 17:15-20].

23. A Cell House has a smoke alarm system and fire extinguishers. [Ex. J at ¶ 5]; [Ex. B at ¶ 4].

24. The cells in ACH either utilize a manual locking system or an electronic locking system. [Ex. G at ¶ 31].

25. The cells on the 100 and 200 north ranges in ACH have manual locking systems. [Ex. G at ¶ 32]; [Ex. A at 18:20 – 19:1].

26. The cells on the 300, 400, and 500 north ranges in ACH have electronic locking systems. [Ex. G at ¶ 33]; [Ex. A at 18:20-24].

27. This is the way that it was in January 2023 and the way it currently is. [Ex. A at 19:2-6].

28. To unlock and open any cell in ACH, staff go to the endcap of the range. [Ex. G at ¶ 34].

29. Cells that have an electronic locking system can be opened by pressing a button on the endcap of each range. [*Id.* at ¶ 35].

30. Cells that have the manual locking system can be opened by cranking the roll bar at the endcap of each range and then unlocking the cell door with a key. [Ex. G at ¶ 36]; [Ex. A at 18:12-19].

31. The roll bar is a metal bar that is placed horizontally across the top of the cells in a range to help secure the cell doors. [Ex. G at ¶ 37].

32. The cells/ranges in ACH that utilize the manual locking system have the roll bar. [*Id.* at ¶ 38].

33. There is no roll bar on ranges that utilize the electronic locking system. [*Id.* at ¶ 38].

34. All the cells in A Cell House (AHU) have metal bars. [Ex. A at 17:21-24].

***Mr. Griffin's Cell Location on January 14, 2023***

35. On the date of fire at issue in January of 2023, Mr. Griffin was in cell 358 on the north side of AHU. [Ex. A at 13:16-20].[4]

36. Mr. Griffin cannot see the cells on the second-floor range or in the range above him because of the walk ways in front the cells. [Ex. A at 29:14-20].

37. When Mr. Griffin walks up to his door directly, he can see what is going on to his left and to his right. [Ex. A at 29:21 – 30:3].

***A fire breaks out in the morning of January 14, 2023 following morning count***

38. On January 14, 2023, Officer Cross and Officer Crockett were all working in A Cell House. [Ex. K at ¶ 3]; [Ex. C at ¶ 12].

39. Lt. Smith-Robinson was on shift that day as the Correctional Lieutenant for ACH and E Cell House. [Ex. D at ¶ 9].

40. Lt. Smith-Robinson was in ACH that morning to assist with securing the unit for 10:00 a.m. count.[5] [Ex. D at ¶ 9].

41. Officers Cross and Crockett had completed count, turned it in to Sergeant Walton, and were in the officer's station waiting for count to clear. [Ex. K at ¶ 6-8]; [Ex. C at ¶ 16-18].

---

[4] In order to get up to the 200 range, inmates go up a flight of stairs. [Ex. A at 61:16-21].

[5] Count is when staff walk down the ranges to account for each inmate and is conducted three times a day. [Ex. K at ¶ 5]. Count time "is when all inmates are [secured]. A correctional officer makes his or her rounds and takes a count of the inmates on the ranges they're assigned to for a total of the cell house." [Ex. A at 16:8-12].

42. A fire started in A Cell House cell A252 at approximately 10:53 am. [ECF 113-1 at 22]; [Ex. A at 20:10-12].

43. Cell A252, is a cell on the north side AHU on the second-floor range. [Ex. A at 19:18-21, 19:25 – 20:1].

44. The individual who lived in cell A252 was Michael Smith. [*Id.* at 19:7-19].

45. Cell A252 was on range below Mr. Griffin's cell and three cells down. [*Id.* at 19:22-24, 29:10-13].

46. Mr. Griffin recalls while in his cell, began to smell smoke and heard Mr. Smith saying there was a fire in his cell. [*Id.* at 28:18-29:9].

47. From his cell, Mr. Griffin was able to see smoke before he heard Smith saying there was a fire in his cell. [*Id.* at 31:8-14].

48. Inmates began yelling that there was a fire and banging on their cell bars. [*Id.* at 30:11-16, 39:7-14].

49. Smoke began to billow out from the cell. [Ex. A at 30:11-16.]

50. Mr. Griffin saw flames coming up to the third-floor range. [Ex.. A at 31:1-7].

51. Mr. Griffin had also initially screamed there was a fire and that they needed to be evacuated. [Ex. A at 35:14-17, 36:3-6].

52. Because of where his cell was located, Mr. Griffin does not know who responded to the fire. [Ex. A at 32:19-23].

***Response to fire***

53. At around 10:58, the staff heard the fire alarm in ACH went off and inmates yelling, prompting them to respond. [Ex. K at ¶ 9-10]; [Ex. C at ¶ 19-20].

54. Sgt. Walton then immediately called a 10-71, which is the signal for a fire in ACH. [ECF 106 at 8]; [Ex. K at ¶ 13].

55. Officers Cross grabbed the first fire extinguisher from the officer's station, and neither he nor Officer Crockett were aware which fire extinguisher he grabbed at the time. [Ex. C at ¶¶ 21-22]; [Ex K at ¶ 14].

56. Officer Cross and Officer Crockett went to the 200 north; Officer Cross had a fire extinguisher and Officer Crockett had the keys to the 200 range. [Ex. K at ¶ 13-14]; [Ex. C at ¶ 23, ¶ 28].

57. It was once Officers Crockett and Cross were on the 200 range that they located the location of the fire (cell A252) and the size of the fire. [Ex. K at ¶ 12, 15]; [Ex. C at ¶¶ 24-26].

58. The screenshot shows the fire moments before Officer Cross and Officer Crockett approached cell A252:




(Ex. L at 2).

59. Both Crockett and Cross proceeded to cell A252. [Ex. K at ¶ 16]; [Ex. C at ¶ 28].

60. It was hard for the officers get near the front of cell A252 to manually unlock the door because of the intensity of the fire. [Ex. K at ¶ 16]; [Ex. C at ¶ 27].

61. Officer Cross used the fire extinguisher but the water extinguisher was not enough to put out the fire. [Ex. C at ¶ 28-29].

62. The following screenshots shows when Officer Cross is deploying the fire extinguisher:




(Ex. L at 3).

63. Both Cross and Crockett realized that they needed the ABC fire extinguisher. [Ex. K at ¶ 16]; [Ex. C at ¶ 29].

64. Officer Crockett ran back to the end of the range and unrolled the bar for the cells on the 200 north range while Officer Cross went to retrieve the ABC extinguisher. [Ex. C at ¶ 29, 30]; [Ex. K at ¶ 16].

65. Officer Cross met Lt. Smith-Robinson who handed him an ABC extinguisher by the stairs on the second floor range. [Ex. C at ¶¶ 29, 30]; [Ex. D at ¶¶ 12-13].

66. After Officer Cross returned with the ABC fire extinguisher, he passed it to Officer Crockett, who deployed it to attempt to control the fire. [Ex. K at ¶ 17]; [Ex. C at ¶ 31].

67. The following shows Officer Crockett using the ABC extinguisher on the fire:



(Ex. L at 4).

68. First responders, including Lt. Koen, arrived on the scene. [Ex. K at ¶ 19]; [Ex. E at ¶¶ 7-9].

69. Lt Koen was able to get the door open and staff continued to try to put out the fire. [Ex. K at ¶ 19]; [Ex. E at ¶ 11]; *See also* (Ex. L at 5):




70. Mr. Smith died while still inside the cell. [Ex. K at ¶ 23].

71. The inmate firefighters arrived on the scene and were able to extinguish the fire in cell A252. [Ex. K at ¶ 20].

***Mr. Griffin's experience during the fire***

72. Mr. Griffin testified that as the fire got bigger, he turned on his fan to keep the smoke out and "trying to figure out how to protect" himself while still in his cell. [Ex. A at 33:22-34:4, 35:14-24].

73. Mr. Griffin was not alert the entire time of the fire. [Ex. A at 37:17-21].

74. At some point, Mr. Griffin began vomiting in his toilet and passed out losing consciousness while on his bed. [Ex. A at 37:24 – 38:14, 39:21 – 40:7].

75. Mr. Griffin says he was only unconscious briefly and not for more than five minutes. [Ex. A at 39:17-20].

76. Mr. Griffin experienced "[l]ightheadedness, shortness of breath, burning of sinuses, throat burning, eyes burning, like blurriness of [his] sight." [Ex. A at 45:8-15].

77. From the time that Mr. Griffin was in his cell to the time he was evacuated, he did not speak with Officer Cross, Officer Crockett, Sergeant Walton, Lt. Smith-Robinson. [Ex. A at 40:8-22, 41:22 – 42:22].

***The inmates are evacuated from AHU***

78. Captain McCann gave permission to evacuate A Cell House and evacuate all the offenders in A Cell House to the Fieldhouse, which is also known as the recreation yard. [Ex. D at ¶ 14].

79. At the time, Ms. Mayes was getting visitations ready and was asked to assist with the evacuation. [Ex. F at ¶¶ 4-5].

80. After removing Mr. Smith's body from the cell house, Lt. Koen returned to ACH to assist with the evacuation. [Ex. E at ¶¶ 15-16].

81. When Mayes and Koen arrived at ACH, the evacuation had already started. [Ex. F at ¶¶ 6]; [Ex. E at ¶¶ 17].

82. Crockett, Cross, Koen, and Smith-Robinson assisted in evacuating the inmates in ACH and directing them to the reaction yard. [Ex. C at ¶ 32-33]; [Ex. D at ¶ 15-16]; [Ex. E at ¶ 18]; [Ex. K at ¶ 21].

83. Because Mr. Griffin was on the 300 range (part of the electronic locking mechanism), his cell opened automatically about the doors were unlocked at the end of the range, and he was able to physically open his cell door to head down the stairs. [Ex. A at 48:16-25].

84. Mr. Griffin and other inmates exited their cells to be evacuated from ACH. [Ex. A at 41:19-21, 47:2-14,49:21-24].

85. Mr. Griffin exits A cell house through the front door and encounters Cross, Crockett, Smith, Walton, and Koen, who are all standing outside in front of ACH, not together, but spread apart. [*Id.* at 51:1-3, 51:19 – 53:3].

86. Mr. Griffin testified that he communicated that he believed he passed out, that he was lightheaded, was dealing with shortness of breath, and that he needed medical attention when he was outside and while Cross, Crockett, Smith, Walton, and maybe Koen were in the vicinity. [*Id.* at 51:4-15, 53:13-24 ("I would be misleading you if I said that I knew exactly who I was talking to at the time, but I can - - I know that they were all in the vicinity.")].

87. Plaintiff admits that there were several other staff members and other inmates outside as well, including the inmate firefighters. [*Id.* at 54:3 – 55:19]

88. At the time several inmates were evacuating, Plaintiff says that there was a lot of activity outside with people talking while the evacuation was taking place. [*Id.* at 54:8-25].

89. Mr. Griffin states that Ms. Mayes was directing inmates to the gym. [Ex. A at 55:14-20]; [*see also* Ex. F at ¶ 10].

90. Mr. Griffin says that while other people were "going where they're directed to", he was not as was he was stopping and speaking out, asking for help directed toward Cross, Crockett, Smith, Walton, and Koen. [Ex. A at 55:4-10, 56:2-23].

91. Plaintiff testified: "I'm not going to say that they looked at me and say: All right. We're going to get you, because nobody did that. But I'd like to believe that they heard me because it wasn't like I was a mile away. I was in close proximity to all of these people." [*Id.* at 57:2-7].

92. However, Mr. Griffin is not sure if they heard him. [*Id.* at 57:8-10].

93. Mr. Crockett attests that at no point did Griffin request help or medical attention from him. [Ex. K at ¶ 24].

94. All the inmates who were evacuated went to the gym/recreation building. [*Id.* at 57:22-24].

95. As Mr. Koen explains, inmates experiencing medical emergencies were taken to the medical services unit. [Ex. E at ¶ 20].

96. While in recreation, Mr. Griffin states that he spoke with Ms. Mayes that he was feeling lightheaded, had shortness of breath, and needed help. [*Id.* at 58:4-13].

97. In response, Ms. Mayes allegedly said, "We counting currently." [*Id.* at 58:13-20].

98. This was the only conversation Mr. Griffin had with Mayes at the recreation building. [*Id.* at 58:21 – 59:7].

99. Captain McCormick told Ms. Mayes that custody staff were able to handle the situation, and she ended up leaving the area. [Ex. F at ¶ 13].

100. She did not have any involvement with any inmate after they were escorted back inside ACH. [Ex. F at ¶ 14].

101. Besides Ms. Mayes, Mr. Griffin did not speak to anyone else while he was in the gym. [*Id.* at 59:8-10].

***The inmates return to AHU***

102. Once ACH was cleared, offenders were directed back to their cells and then placed on lockdown. [Ex. C at ¶ 34]; [Ex. D at 16-17]; [Ex. A at 69:3-5].

103. Lt. Smith-Robinson and Lt. Koen assisted in directing offenders back to their cells. [Ex. D at ¶ 17]; [Ex. E at ¶ 18].

104. Mr. Griffin went back to his cell in ACH. [Ex. A at 60:10-12].

105. Once Mr. Griffin returned to his cell, he did not have any other conversations with Officer Cross, Officer Crockett, Sgt. Walton, Lt. Smith-Robinonson, Lt. Koen, or Ms. Mayes [Ex. A at 62:14-25, 63:1-4, 71:19 – 72:18].

106. Offenders who requested medical attention but did not appear to be suffering from a medical emergency would have been secured back into their cells before staff began performing triage as the medical treatment would have needed to have been coordinated with the medical staff. [Ex. E at ¶ 21].

107. Once inmates were back in their cell, Lt. Smith-Robinson and other custody staff performed court of the inmates in A Cell House and did rounds on the cell house. [Ex. D at ¶ 17].

108. During the rounds, Lt. Smith-Robinson spoke with the inmates and informed medical staff if any of them required assistance. [Ex. D at ¶ 18].

109. Once Mr. Griffin returned to his cell, he did not submit any type of healthcare request form. [Ex. A at 64:25- 65:2].

110. Mr. Griffin says did not see medical on January 14, 2023. [Ex. A at 66:11-12].

111. Mr. Griffin did not see medical after that day for the symptoms he described, including lightheadedness and shortness of breath. [Ex. A at 66:13-17].

112. At some point after the lockdown, Plaintiff's symptoms went away. [Ex. A at 102:5-9].

113. Plaintiff alleges he turned his focus on "preexisting conditions", which include "a lump or something to the right of the trachea" and chest pains, which Plaintiff had been seen for prior to January 14, 2023. [Ex. A at 66:19 – 67:20, 68:1-10].

***Additional Facts***

114. Warden Neal was not working at the prison at the time of the fire and received a call from Captain Steven McCann at approximately 11:15 a.m. on January 14, 2023, informing the Warden of the fire. [Ex. G at ¶ 4].

115. After learning about the fire, Warden Neal went to the facility and placed it on lockdown. [Ex. G at ¶ 5].

116. The State Fire Marshall investigated the January 14, 2023 fire at ISP and created a report of its findings, which indicated that the cause of the fire could not be conclusively determined. [Ex. G at ¶¶ 52-53].

117. ISP's Internal Affairs Division (Internal Affairs) also investigated the January 14, 2023, fire and determined that the January 14, 2023 was an accidental offender death. [Ex. G at ¶¶ 54, 56-58]; [ECF 113-1 at 22-25].

118. Mr. Griffin has never met Ms. Taylor. [Ex. A at 24:2-3].

119. Mr. Griffin has never met Mr. Becher. [Ex. A at 24:4-6].

120. Mr. Becher was not present at the IPS at the time of the fire and was not required to go given the State Fire Marshall's involvement. [Ex. I at ¶ 16, 18].

121. Neither Major Wardlow nor Deputy Warden Buss were present at the ISP at the time of the fire. [Ex. J at ¶ 3]; [Ex. B at ¶ 3].

***ISP Fire Procedures and Precautions***

122. The Indiana State Prison has a Safety Hazard Manager whose primary role concerns matters of health and safety at the facility, including fire safety and prevention. [Ex. H at ¶ 4].

123. As the Safety Hazard Manager, Ms. Taylor's duties include but are not limited to conducting housing inspections, managing fire and safety compliance standards, working with

outside agencies for inspections, and coordinating with construction services to address issues as needed. [Ex. H at ¶ 5].

124. The Indiana State Prison is the only maximum-security prison in the country that has an on-site offender fire department that receives statewide firefighter certification and training through the State Fire Marshal, as well as Homeland Security. [Ex. G at ¶ 11]; [Ex. I at ¶ 8]; [Ex. A at 69:23 – 70:5].

125. The offender fire department enables the facility to respond to fires at ISP far quicker than waiting for an outside Fire Department to respond to the scene. [Ex. G at ¶ 11].

126. The ISP Fire Department was in place at the time of the January 14, 2023 fire. [Ex. G at ¶ 11].

127. The Fire department is overseen by Safety Hazard Manager Deb Taylor. [Ex. H at ¶ 6].

128. In 2017, an in-cell fire occurred in B Cell House at ISP which resulted in the death of offender Joshua Devine (hereinafter "2017 Fire"). [Ex. G at ¶ 7].

129. Since the 2017 Fire, ISP has taken precautions to promote and ensure fire safety which were in place prior to the January 14, 2023 fire. [Ex. G at ¶ 8].

130. All fire alarm systems were operational at the time of this fire, and several were new or refurbished prior to the January 14, 2023 fire. [Ex. G at ¶ 9].

131. The dampers/exhausts in the ceilings of the different cellhouses were also repaired or replaced as needed to ensure that they were operational and worked in collaboration with the fire alarm system. [Ex. G at ¶ 10].

132. ISP is the only maximum-security prison in the country that has an on-site offender fire department that receives statewide firefighter certification and training through the State Fire Marshal, as well as Homeland Security. [Ex. G at ¶ 11].

133. The offender fire department enables the facility to respond to fires at ISP far quicker than waiting for an outside Fire Department to respond to the scene. [Ex. G at ¶ 11].

134. The ISP Fire Department was in place at the time of the January 14, 2023 fire. [Ex. G at ¶ 11].

135. ISP has also always purchased all necessary firefighting equipment for its Fire Department. After the 2017 Fire, ISP purchased foam backpack fire suppression systems and smoke evacuation systems, which were the latest firefighting technology on the market to help extinguish fires and exhaust smoke in the most efficient manner possible. [Ex. G at ¶ 12].

136. The foam backpack fire suppression systems and smoke evacuation systems were utilized during the January 14, 2023 fire. [Ex. G at ¶ 12].

137. ISP also purchased additional water and ABC fire extinguishers for the entire prison following the 2017 Fire, which were placed strategically on the endcaps of each range in the housing units, in addition to the fire extinguishers that have always been kept in the officer's station. [Ex. G at ¶ 13].

138. The placement of the additional fire extinguishers on the endcaps of each range was made to aid correctional staff with quickly accessing a fire extinguisher to quell a fire. [Ex. G at ¶ 13].

139. At the time of the January 14, 2023 fire, ISP was in the process of implementing these additional fire extinguishers on the endcaps of the ranges. Shortly after the January 14,

2023 fire, the additional water and ABC fire extinguishers were placed on the ranges of each cell house at ISP. [Ex. G at ¶ 13].

140.

141. Following the 2017 fire, offenders' property boxes, which were plastic, were replaced with property boxes made of steel because they were more fire-resistant. [Ex. G at ¶ 14].

142. Offenders are allowed to keep personal property in their cell, but the amount of property is restricted to a property box, which is 4.5 cubic feet. [Ex. G at ¶ 15].

143. This personal property restriction was done to reduce the amount of fire load within each cell for offenders' safety. [Ex. G at ¶ 15].

144. Shakedowns of every cell in the prison occur on a quarterly basis in an effort to ensure that offenders are complying with the property guidelines and reduce the amount of clutter and trash within the cells. [Ex. G at ¶ 16].

145. Shakedowns are also utilized to check for contraband, altered property, as well as minimize the fire load in each cell. [Ex. G at ¶ 16].

146. The housing units at ISP themselves are primarily concrete and steel construction, and the facility uses fire-retardant mattresses. [Ex. G at ¶ 19].

147. In 2019, ISP upgraded all of its fire hydrants as an additional safety measure. [Ex. G at ¶ 20].

148. All of these measures noted above have been taken to help promote fire safety and ensure the safety and security at the facility. [Ex. G at ¶ 22].

149. The Safety Hazard Manager and the ISP Fire Department work together for the inspection of fire extinguishers. [Ex. G at ¶ 24]; [Ex. H at ¶ 11].

150. The ISP Fire Department conducts a bi-monthly inspection of the fire extinguishers; one inspection is conducted formally with a written report, and the other inspection is completed informally. [Ex. G at ¶ 24]; [Ex. H at ¶ 12].

151. There were no reports of inoperable or empty fire extinguishers in AHU during leading up to the January 14, 2023 fire. [Ex. G at ¶ 24]; [Ex. H at ¶ 25].

152. To Ms. Taylor's knowledge, the fire extinguishers were in proper condition at the time of the January 14, 2024 fire. [Ex. H at ¶ 24].

153. Inspections of fire extinguishers in every cell house, including ACH, are conducted twice per month routinely, but at least on a monthly basis by the Fire Brigade under the Supervision of the Safety Hazard Manager. Staff call for refills or replacements of Fire Extinguishers whenever needed. [Ex. G at ¶ 24].

154. On January 14, 2023, Mr. Griffin says there were fire extinguishers available in the officers' station and in front of the range. [Ex. A at 70:6-14].

155. Mr. Griffin admits that he does not every single time that the fire extinguishers are checked. [Ex. A at 77:1-6].

156. The Safety Hazard Manager and the ISP Fire Department work together to conduct fire drills. [Ex. G at ¶ 25]; [Ex. H at ¶ 7 ¶ 9, ¶ 11].

157. Fire drills are conducted during the day shift and the night shift four times per year for every building at ISP. [Ex. G at ¶ 21]; [Ex. H at ¶¶ 7-8].

158. In addition to performing the drill, custody staff are required to complete a questionnaire that tests their knowledge of fire safety procedures. [Ex. H at ¶ 10]; [See Taylor Ex. 1-A].

159. From the time Deborah Taylor was promoted to Safety Hazard Manager to the January 14, 2023 fire, six fire drills were conducted by either her or the ISP fire department for A Cell House. [Ex. H at ¶ 21]; [*See* Taylor Ex. 1-A].

160. Even before Ms. Taylor's time as safety hazard manager, there were other fire drills conducted in AHU. [ECF 113-2 at 17-18, 65-66, 288-289 and ECF 113-3 at 36-37].

161. Mr. Griffin has participated in fire drills during his time at ISP, including one "[n]ot that long ago." [Ex. A at 84:24 – 85:11].

162. In addition to fire drills, ISP has an Emergency Manual, which outlines a Fire Plan. [Ex. G at ¶ 26].

163. The Fire Plan outlines staff procedures for fire prevention, notification and communication of a fire emergency, and evacuations. [Ex. G at ¶ 28].

164. All ISP staff receive training for the implementation of this Fire Plan and the plan is available to staff to review whenever they choose to. [Ex. G at ¶ ¶ 27, 29].

165. None of the High Ranking Official Defendants have knowledge of any issues with the electronic outlets in the cell house sparking on their own. ([ECF 70 at 3]; [ECF 73 at 3-4]; [ECF 78 at 3]; [ECF 79 at 2-3]; [ECF 81 at 3]; [ECF 110 at 3] (response to Interrogatory No. 5)].

166. The electric outlets in the cells, by itself, without any alteration or being messed with by the offender, do not create a risk of fires or harm to the inmate. [Ex. G at ¶¶ 18, 50].

167. The manual double-locking system and the lack of call buttons in ACH do not create a greater risk of fire. [Ex. G at ¶ 30].

168. Warden Neal is aware that inmates at times will insert metal objects into outlets and create a spark to create a fire to light contraband or drugs. [Ex. G at ¶ 50].

169. Similarly Major Wardlow is aware that any issues with electronic outlets occur because the inmates with mess with or alter them. [Ex. J at ¶ 8].

170. Prior to the January 14, 2023 fire, offender representatives from each cell house met once a month with leadership staff at ISP to discuss issues and concerns from the offender population, which were called dorm rep meetings. [Ex. G at ¶ 43].

171. Mr. Griffin has never attended a dorm rep meeting but says he watches them on TB. [Ex. A at 91:2-17].

172. Warden Neal, Major Wardlow, and Deputy Warden Buss have previously attended the monthly dorm rep meetings. [Ex. G at ¶ 44]; [Ex. J at ¶ 11]; [Ex. B at ¶ 7]; [see also Ex. A at 91:12-20 (Plaintiff testifying that the dorm rep meetings are attended by Dawn Buss, Douglas Wardlow, deputy Warden Nowatzke and about "50 to 75 percent of the time the warden [Ron Neal] is there."].

173. Mr. Griffin states that the dorm rep inmates have suggested to staff at these meetings were fire extinguishers could be more efficiently placed. [Ex. A at 75:1-8].

174. Warden Neal has no recollection of any dorm rep meeting where concerns of fire safety were discussed prior to the January 14, 2023 fire. [Ex. G at ¶¶ 44, 47].[6]

175. While maintenance issues such as plumbing have been previously discussed, Major Wardlow has not heard of anything in the dorm rep meeting where concerns of fire safety were discussed prior to the January 14, 2023 fire. [Ex. J at ¶ 11].

---

[6] The topics and issues discussed during dorm rep meetings are subject to a screening process due to safety and security concerns. [Ex. G at ¶ 48]. Topics and issues that relate to ongoing litigation against ISP or the IDOC will be screened out and not discussed at dorm rep meetings. [Ex. G at ¶ 49].

176. Deputy Warden Buss is the one that runs the monthly rep meetings and to the best of recollection, no fire issues or concerns have been raised at the dorm rep meetings. [Ex. B at ¶¶ 7-9].

177. Ms. Reagle was not aware of any infrastructural issues or conditions at ISP that created a fire risk or would threaten the lives of the inmates living in A Cell House prior to the January 14, 2023 fire. [ECF 79 at 3-5].

178. Warden Neal was not aware of any infrastructural issues or conditions at ISP that created a fire risk or would threaten the lives of the inmates living in A Cell House prior to the January 14, 2023 fire. [Ex. G at ¶ 41].

179. Deputy Warden Buss was not aware of any infrastructural issues or conditions at ISP that created a fire risk or would threaten the lives of the inmates living in A Cell House prior to the January 14, 2023 fire. [Ex. B at ¶ 5-6].

180. Major Wardlow was not aware of any infrastructural issues or conditions at ISP that created a fire risk or would threaten the lives of the inmates living in A Cell House prior to the January 14, 2023 fire. [Ex J at ¶ 8-10].

181. Safety Hazard Manager Taylor was not aware of any infrastructural issues or conditions at ISP that created a fire risk or would threaten the lives of the inmates living in A Cell House prior to the January 14, 2023 fire. [Ex H at ¶ 27-28].

182. Mr. Becher is a resource to Safety Hazard Manager Taylor as to fire safety and prevention and will be contacted when issues arise that require his assistance or attention and is a resource to Ms. Taylor. [Ex. I at ¶ 22].

183. Mr. Becher will also provide trainings to the Safety Hazard Manager to give to the fire department and assists Ms. Taylor with coordinating in-persons state-level trainings when possible. [Ex. I at ¶ 10].

184. Mr. Becher was not aware of any infrastructural issues or conditions at ISP in ACH at ISP that created a fire risk or would threaten the lives of the inmates living in A Cell House prior to the January 14, 2023 fire. [Ex. I at ¶ 21].

185. Mr. Beecher has his office located at the Wabash Valley Correctional Facility but will travel to other facilities as needed [Ex. I at ¶ 4].

186. Because neither Mr. Reagle nor Mr. Becher have worked at ISP, neither is familiar with the day-to-day operations of ISP. [Ex. I at ¶ 11]; [ECF 79 at 3]; [see also ECF 70 at 2, 4].

187. Plaintiff admits that he has "no reason to believe that she is made aware of everything that happens in ISP." [Ex. A at 82:13-18]

188. Mr. Becher has not ever involved in any type of dormitory rep meeting at ISP. [Ex. I at ¶ 22].

189. Ms. Taylor was never involved in any dormitory rep meetings at ISP prior to the January 14, 2023 fire. [Ex H at ¶ 29].

190. Mr. Griffin is not a professional in fire prevention. [Ex. A at 87:10].

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney number: 18857-49

Dated: November 7, 2025 By: _/s/ Gustavo A. Jimenez_
Gustavo A. Jimenez
Deputy Attorney General

Attorney No. 35866-53
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-2623
Facsimile: (317)232-7979
E-mail: Gustavo.Jimenez@atg.in.gov
*Attorney for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. I further certify that on November 10, 2025, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

LeeTravis Griffin
DOC 233943
Indiana State Prison
Inmate/Mail Parcels
1 Park Row
Michigan City, IN 46360
*Pro Se*

*/s/ Gustavo A. Jimenez*
Gustavo A. Jimenez
Deputy Attorney General